UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FRANCIS RAYNER   Chapter 13
TERRI RAYNER

           Debtor        Bankruptcy No. 17-14445-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ___21st___ day of ___December___, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHAEL T. MALARICK
MICHAEL T. MALARICK ESQ PC
2211 CHICHESTER AVE   STE 201-B
BOOTHWYN, PA 19061-

Debtor:
FRANCIS RAYNER
TERRI RAYNER
136 WILLOWBROOK ROAD

CLIFTON HEIGHTS, PA 19018