United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                        Case No. 17-14445-mdc
Francis Rayner                                                                Chapter 13
Terri Rayner
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 2          Date Rcvd: Dec 21, 2017
                              Form ID: pdf900          Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2017.
db/jdb         +Francis Rayner,    Terri Rayner,    136 Willowbrook Road,    Clifton Heights, PA 19018-2511
13970646       +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
13942158       +Midland Mortgage,    999 Northwest Grand Blvd.,    Oklahoma City, OK 73118-6051
13946346        Security Credit Services, LLC,    c/o Five Lakes Agency, Inc.,    P.O. Box 80730,
                 Rochester, MI 48308-0730
13993691        eCAST Settlement Corporation,    PO Box 35480,    Newark NJ 07193-5480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Dec 22 2017 01:35:37     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 22 2017 01:35:02
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 22 2017 01:35:28     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14014848        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 22 2017 01:42:00
                 LVNV Funding, LLC its successors and assigns as,    assignee of Providian National Bank,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13942159       +E-mail/Text: bankruptcygroup@peco-energy.com Dec 22 2017 01:34:48      PECO,
                 Bankruptcy Department,    2301 Market Street,    Philadelphia, PA 19103-1338
13967477       +E-mail/Text: bankruptcygroup@peco-energy.com Dec 22 2017 01:34:48      PECO Energy Company,
                 2301 Market Street,    S4-1,   Philadelphia, PA 19103-1380
13988752        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 22 2017 01:53:51
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13994637       +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 22 2017 01:42:22
                 PYOD, LLC its successors and assigns as assignee,    of Springleaf Financial Services Of,
                 Indiana, Inc.,    Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
14015983       +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 22 2017 01:42:00
                 PYOD, LLC its successors and assigns as assignee,    of Plains Commerce Bank,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
13999204        E-mail/Text: bnc-quantum@quantum3group.com Dec 22 2017 01:34:51
                 Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
13947900       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 22 2017 01:42:01     T Mobile/T-Mobile USA Inc,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
13988096        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 22 2017 01:42:50     Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                              TOTAL: 12

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             eCAST Settlement Corporation,    PO Box 35480,    Newark, NJ  07193-5480
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2017                                          Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2017 at the address(es) listed below:
              MATTEO SAMUEL WEINER    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              MICHAEL T. MALARICK    on behalf of Debtor Francis  Rayner michael@malaricklaw.com,
               t.mr70336@notify.bestcase.com
              MICHAEL T. MALARICK    on behalf of Joint Debtor Terri  Rayner michael@malaricklaw.com,
               t.mr70336@notify.bestcase.com

```
District/off: 0313-2          User: Randi              Page 2 of 2              Date Rcvd: Dec 21, 2017
                              Form ID: pdf900          Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                                                             TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FRANCIS RAYNER  
TERRI RAYNER

Chapter 13

Debtor

Bankruptcy No. 17-14445-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ___21st___ day of ___December___, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____  
Magdeline D. Coleman  
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
MICHAEL T. MALARICK  
MICHAEL T. MALARICK ESQ PC  
2211 CHICHESTER AVE   STE 201-B  
BOOTHWYN, PA 19061-

Debtor:  
FRANCIS RAYNER  
TERRI RAYNER  
136 WILLOWBROOK ROAD

CLIFTON HEIGHTS, PA 19018